**REPUBLIC BANK**

**Cashiers Check**  120235

Date: 4/22/21

Branch: 0022

REMITTER  JENNIFER L TRONIERI

**PAY TO THE ORDER OF**  EXACTLY **1,413 AND 05/100 DOLLARS

*** PHH MORTGAGE SERVICES ***

$1,413.05

*A Cotton* (signature)

⑆0000120235⑆ ⑈036002247⑈ 1124900⑈